LAWRENCE L. SZABO, #83974
Attorney at Law
3608 Grand Avenue
Oakland, CA 94610
(510) 834-4893
*szabo@sbcgobal.net*

Attorney for Debtor
EAST BAY WATERFRONT BUILDERS, LLC

# VUNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re | No. 09-47827 |
| EAST BAY WATERFRONT BUILDERS, LLC, | Chapter 11 |
| Debtor. / | |

## APPLICATION OF DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL

To: The Honorable Judge of the Bankruptcy Court:

1. On March 30, 2009, EAST BAY WATERFRONT BUILDERS, LLC filed its petition for relief under Chapter 11 of the Bankruptcy Code. EAST BAY WATERFRONT BUILDERS, LLC is the Debtor-in-Possession in this Chapter 11 case.

2. EAST BAY WATERFRONT BUILDERS, LLC wishes to employ Lawrence L. Szabo, an attorney duly qualified to practice in this Court, as counsel for its estate.

3. EAST BAY WATERFRONT BUILDERS, LLC has selected Szabo for the reason that he has had experience in matters of this character, and EAST BAY WATERFRONT BUILDERS, LLC believes him to be well qualified to represent the estate.

4. EAST BAY WATERFRONT BUILDERS, LLC proposes to have Szabo render all professional legal services required for the general representation of EAST BAY WATERFRONT BUILDERS, LLC bankruptcy estate.

APPLICATION OF DEBTOR-IN-POSSESSION TO EMPLOY
COUNSEL, PAGE 1

5. EAST BAY WATERFRONT BUILDERS, LLC wishes to employ Szabo under a general retainer because of the extensive legal services its case requires. Before the filing the chapter 11 petition in this case, Szabo received a $10,000 payment on behalf of EAST BAY WATERFRONT BUILDERS, LLC from Michael Gray, its sole member, as a general security retainer for his services, and fro anticipated costs. EAST BAY WATERFRONT BUILDERS, LLC and Szabo have agreed that the estate shall compensate Szabo at the rate of $400.00.00 per hour for his services and shall reimburse Szabo for certain costs advanced, subject to the approval of the court. Michael Gray has agreed to guarantee the payment of any fees due by EAST BAY WATERFRONT BUILDERS, LLC under the agreement. A copy of the fee agreement entered into between EAST BAY WATERFRONT BUILDERS, LLC and Szabo, and the guaranty agreement of Michael Gray is attached hereto as Exhibit "A".

6. EAST BAY WATERFRONT BUILDERS, LLC and Szabo agree that Szabo's employment is subject to approval of this Court. EAST BAY WATERFRONT BUILDERS, LLC and Szabo agree that if the $10,000 general security retainer is not sufficient to compensate Szabo in full for fees incurred and costs advanced, Szabo may apply to the Court for payment by the bankruptcy estate of reasonable compensation for his services and reimbursement for actual, necessary expenses.

7. To the best of EAST BAY WATERFRONT BUILDERS, LLC'S knowledge, Szabo has no interest adverse to the debtor or its estate in any of the matters upon which he is to be employed, and his employment would be in the best interest of this estate.

WHEREFORE, EAST BAY WATERFRONT BUILDERS, LLC, Debtor-in-Possession, requests that the court authorize it to employ Lawrence L. Szabo as the estate's attorney under a general security retainer and under the terms of the agreement attached hereto, with compensation and reimbursement to Lawrence L. Szabo to be at the expense of the estate and in such amount as the court may hereafter allow.

Dated: September 8, 2009  /s/ Michael Gray
EAST BAY WATERFRONT BUILDERS, LLC
By: Michael Gray, Managing Member

APPLICATION OF DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL, PAGE 2

Case: 09-47827    Doc# 15    Filed: 09/08/09    Entered: 09/08/09 18:03:45    Page 2 of 2