LAWRENCE L. SZABO, #83974
Attorney at Law
3608 Grand Avenue
Oakland, CA 94610
(510) 834-4893
*szabo@sbcglobal.net*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re

EAST BAY WATERFRONT BUILDERS, LLC

Debtor.
_____/

No. 09-47827

Chapter 11

**VERIFIED STATEMENT OF LAWRENCE L. SZABO RE: DISINTERESTEDNESS**

I, LAWRENCE L. SZABO, do hereby declare:

1. I am an attorney admitted to practice in the State of California and this Court, and engaged in the practice of law as a sole practitioner.

2. Prior to my representation of the above-named Debtor, I had no connection with the Debtor, professional or otherwise, or its creditors, or any other party in interest, the United States Trustee, or their respective attorneys and accountants.

3. I have no interest adverse to the Debtor or the Debtors' estate in the above-entitled matter.

I, Lawrence L. Szabo, do hereby declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California, September 8, 2009

                                     /s/ Lawrence L. Szabo
                                     LAWRENCE L. SZABO